# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156746(61)(65)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

DAWN MARIE DIXON-BEY,
    Defendant-Appellee.
_____/

SC: 156746
COA: 331499
Jackson CC: 15-004596-FC

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its reply is GRANTED. The reply submitted on August 14, 2018, is accepted as timely filed. On further order of the Chief Justice, the motion of the Criminal Defense Attorneys of Michigan to extend the time for filing a brief amicus curiae and to waive the filing fee is GRANTED. The amicus brief submitted on October 23, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2018



Clerk